## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **Criminal No.   M-25-30039-M** |
| | § | |
| **CRISTIANI BRIANA WHITE** | § | |
| **CYNTERIA JANISE LEBLANC** | § | |

## CRIMINAL INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about November 8, 2024, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### CRISTIANI BRIANA WHITE
### and
### CYNTERIA JANISE LEBLANC

knowingly possessed, an identification document, that is a State of Texas Driver's License, with the intent that such identification be used to defraud the United States.

In violation of Title 18, United States Code, Section 1028(a)(4) and Title 18, United States Code, Section 2.

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

SARINA DIPIAZZA
Assistant United States Attorney